IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

FILED
99 NOV 30 PM 1:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 30 1999

VINCENT EARL BOGLIN, )
)
    Plaintiff, )
)
vs. ) CV 99-S-1864-NW
)
JACQUELYN RIKARD, LAUDERDALE )
COUNTY COMMISSION, and )
WILLIAM HANBERRY, )
)
    Defendants. )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 1, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on October 20, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, plaintiff's objections are due to be overruled and the complaint dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 30th day of November, 1999.

                                        UNITED STATES DISTRICT JUDGE